# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 38 WM 2018

Respondent     :

v.     :

CURTIS WALTER MATTHEWS,     :

Petitioner     :

## ORDER

**PER CURIAM**

     **AND NOW**, this 13th day of July, 2018, the Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.